## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS KEMPVANEE, | ) | 3:10-CV-0535-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 22, 2011 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to compel production of requested discovery or, in the alternative, for a show cause hearing (#27).  Defendants opposed the motion (#35).  No reply was filed.

Defendants state in their opposition that plaintiff was permitted to review the documents that are the subject of his motion to compel at Lovelock Correctional Center on July 14, 2011; therefore, his motion to compel is now moot.  Plaintiff did not file a reply.  Therefore, plaintiff's motion to compel production of requested discovery or, in the alternative, for a show cause hearing (#27) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
            Deputy Clerk