UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS KEMPVANEE, | ) | 3:10-cv-00535-ECR-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| HOWARD SKOLNIK, *et al.*, | ) | |
| | ) | February 6, 2012 |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed plaintiff's motion for reconsideration (#53) of its order #51 denying plaintiff's motion for sanctions (#43) and granting defendants' motion to withdraw Exhibit C to motion for summary judgment. Defendants opposed the motion (#55). No reply was filed.

Plaintiff's motion for reconsideration (#53) is **DENIED**. The court's prior order (#51) remains in full force and effect.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/

Deputy Clerk